IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                            Case No. 03-4148-JAR

KURT R. GUINDON,

                Defendant.

## ORDER OF CONTINUANCE OF JUDGMENT DEBTOR EXAMINATION

The motion of the United States of America, plaintiff herein, Doc. 21, for an Order continuing the examination of the judgment debtor Kurt R. Guindon, from July 10, 2006, at 1:30 o'clock, p.m. to August 16, 2006, at 1:30 o'clock, p.m. in the Magistrate's Courtroom, Room 475, 444 SE Quincy in Topeka, Kansas, comes on for decision. The United States appears by and through Eric F. Melgren, United States Attorney for the District of Kansas, and Tanya Sue Wilson, Assistant United States Attorney for said District. There are no other appearances.

The Court upon examination of the file and after hearing statements of counsel finds that the motion is appropriate and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the motion for continuance be hereby granted and that the defendant, Kurt R. Guindon, appear on August 16, 2006, at 1:30, o'clock, p.m. at the Magistrate's Courtroom, Room 475, in the United States Courthouse, 444 SE Quincy in Topeka, Kansas, and there be examined and answer such questions as may be propounded to the judgment debtor by the judgment creditor's attorney

concerning said judgment debtor's property, assets and income before this United States Magistrate Judge.

    IT IS FURTHER ORDERED that service of this Court's order continuing the hearing be made on defendant, Kurt R. Guindon, by placing true and correct copies of the document in the United States Mail, Certified Mail–Return Receipt Requested, and by regular United States first-class mail, addressed to defendant's last known address.

   Dated this 13th day of July, 2006.

                                           s/ K. Gary Sebelius
                                          **K. GARY SEBELIUS**
                                          United States Magistrate Judge